| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

**FINANCIAL DISCLOSURE REPORT**

**FOR CALENDAR YEAR 2004**

AO-10
Rev. 1/2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Patterson, Jr., Robert P | U.S. District Court, S.D.N.Y. | 5/15/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (senior) | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court Chambers 2550, 500 Pearl St. New York, NY 10007 | Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Managers | The Havens Relief Fund Society |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 16 1:58 PM '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Patterson, Jr., Robert P | 5/15/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Patterson, Jr., Robert P | 5/15/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | John Hancock | Insurance Policy Loan | K |
| 2. | National Life Insurance | Insurance Policy Loan | J |
| 3. | New England Life (now Met Life) | Insurance Policy Loan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Vanguard Group (Keogh) Windsor II Fund | E | Dividend | O | T | | 1/15 | K | | Partial mandatory |
| 2.  Vanguard Group (Keogh) Int. Term Corp. Fund | E | Interest | N | T | | 1/15 | K | | Partial mandatory |
| 3.  Istar Finl Inc. | B | Dividend | K | T | | | | | |
| 4.  Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 5.  Byron Bergen NY Sched 2.5% 6/15/08 | B | Interest | K | T | | | | | |
| 6.  Edgemont School Dist. N.Y. 5.50% at 1/15/07 | B | Interest | K | T | | | | | |
| 7.  Metropolitan Transit Authority 6.0%  7/1/06 | C | Interest | L | T | | | | | |
| 8.  New Rochelle City 4% 9/1/03 | B | Interest | K | T | | | | | |
| 9.  N.Y. State Env. Fac.  5.6% 9/15/13 | A | Interest | L | T | | | | | |
| 10.  N.Y. State Env. Fac.  5.25% 6/15/14 | C | Interest | K | T | | | | | |
| 11.  Otsego Cnty NY Indl. Dev. Agy 5.125% 11/1/12 | C | Interest | L | T | | | | | |
| 12.  Orleans County, NY 4.9% 12/15/14 | B | Interest | K | T | | | | | |
| 13.  New York Tax Free Income Fund | A | Interest | K | T | | | | | |
| 14.  Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 15.  Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 16.  Green Point Savings Cash Equivalent | A | Interest | J | T | | | | | |
| 17.  N.Y. Daily Tax Free Income Fund | A | Interest | M | T | | | | | |
| 18.  Aramark Corp. | A | Interest | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)  U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Boston Acoustics | A | Dividend | | | sale | 12/15 | K | | Loss |
| 20. Copart, Inc. | K | Dividend | K | T | partial sale | 06/02 | J | B | |
| 21. Copart, Inc. | | | | | partial sale | 06/09 | J | D | |
| 22. Copart, Inc. | | | | | partial sale | 07/13 | J | D | |
| 23. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 24. Florida East Coast Inds. | A | Dividend | K | T | | | | | |
| 25. General Electric | A | Dividend | K | T | | | | | |
| 26. IBM | A | Dividend | K | T | | | | | |
| 27. Istar Financial | B | Dividend | K | T | | | | | |
| 28. International Flavors | A | Dividend | K | T | | | | | |
| 29. Kimco Realty | B | Dividend | K | T | partial sale | 02/13 | J | D | |
| 30. Medco Health Solutions | | | K | T | | | | | |
| 31. Merck & Co., Inc. | B | Dividend | | T | sale | 11/15 | L | F | |
| 32. Microsoft Corp. | B | Dividend | K | T | | | | | |
| 33. Questar Corp. | A | Dividend | K | T | | | | | |
| 34. Teleflex Inc. | A | Dividend | K | T | | | | | |
| 35. AOL Time Warner | A | Dividend | K | T | | | | | |
| 36. Ultra Life Batteries | | Dividend | | | sale | 01/05 | K | D | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Igene Biotechnology Inc. (WTS) | | | | T | | | | | Value under $1,000 |
| 38. Brookhaven NY Ind. Devl. 5.6% 12/1/09 | C | Interest | L | T | | | | | |
| 39. N.Y.S. Power Authority 5.625% 1/1/10 | A | Interest | K | T | | | | | |
| 40. N.Y.S. Twy. Auth. Hwy & Bond 5/1% 4/1/08 | C | Interest | L | T | | | | | |
| 41. Progress Energy, Inc. | - | | | T | | | | | Value under $1,000 |

| 1. Income/Gain Codes: | A = $1.000 or less | B. = $1,001-$2.500 | C = $2,501-$5,000 | D = $5.001-$15.000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000.000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250.000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000.001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date May 10, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT

UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

CHAMBERS OF
ROBERT P. PATTERSON, JR.
DISTRICT JUDGE

August 12, 2005

Hon. Mary M. Lisi, Chair
Committee on Financial Disclosure
       rative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

Thank you for your letter of July 29, 2005.

I enclose an Amended Report for 2004 providing the required information applicable to the first page of your letter.

As for the questions you raise in the first full paragraph of the second page of your letter with respect to single listings for Kimco Realty and Ultra Life Batteries, it is my practice to consolidate holdings of a single class of securities in my Report. With respect to Kimco Realty, in 2003 I failed to do that by mistake.

For the 2004 Report, I consolidated two entries for Ultra Life Batteries in the 2003 Report, which were made to reflect two partial sales that year. In 2004, the single entry made reflects the balance of shares of Ultra Life Batteries held.

If you have any questions, please call me at 212-805-0238.

Very truly yours,

Robert P. Patterson, Jr.
U.S. District Judge

Enclosures

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Patterson, Jr., Robert P | 2. Court or Organization U.S. District Court, S.D.N.Y. | 3. Date of Report 8/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (senior) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. District Court Chambers 2550, 500 Pearl St. New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Managers | The Havens Relief Fund Society |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 AUG 19 A 11: 08 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | John Hancock | Insurance Policy Loan | K |
| 2. | National Life Insurance | Insurance Policy Loan | J |
| 3. | New England Life (now Met Life) | Insurance Policy Loan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Vanguard Group (Keogh) Windsor II Fund | E | Dividend | O | T | | 1/15 | K | | Partial mandatory |
| 2. Vanguard Group (Keogh) Int. Term Corp. Fund | E | Interest | N | T | | 1/15 | K | | Partial mandatory |
| 3. Istar Finl Inc. | B | Dividend | K | T | | | | | |
| 4. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 5. Byron Bergen NY Sched 2.5% 6/15/08 | B | Interest | K | T | | | | | |
| 6. Edgemont School Dist. N.Y. 5.50% at 1/15/07 | B | Interest | K | T | | | | | |
| 7. Metropolitan Transit Authority 6.0% 7/1/06 | C | Interest | L | T | | | | | |
| 8. New Rochelle City 4% 9/1/03 | B | Interest | K | T | | | | | |
| 9. N.Y. State Env. Fac. 5.6% 9/15/13 | A | Interest | L | T | | | | | |
| 10. N.Y. State Env. Fac. 5.25% 6/15/14 | C | Interest | K | T | | | | | |
| 11. Otsego Cnty NY Indl. Dev. Agy 5.125% 11/1/12 | C | Interest | L | T | | | | | |
| 12. Orleans County, NY 4.9% 12/15/14 | B | Interest | K | T | | | | | |
| 13. New York Tax Free Income Fund | A | Interest | K | T | | | | | |
| 14. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 15. Chase Bank IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 16. Green Point Savings Cash Equivalent | A | Interest | J | T | | | | | |
| 17. N.Y. Daily Tax Free Income Fund | A | Interest | M | T | | | | | |
| 18. Aramark Corp. | A | Interest | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Boston Acoustics | A | Dividend | | | sale | 12/15 | K | | Loss |
| 20. Copart, Inc. | K | Dividend | K | T | partial sale | 06/02 | J | B | |
| 21. Copart, Inc. | | | | | partial sale | 06/09 | J | D | |
| 22. Copart, Inc. | | | | | partial sale | 07/13 | J | D | |
| 23. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 24. Florida East Coast Inds. | A | Dividend | K | T | | | | | |
| 25. General Electric | A | Dividend | K | T | Buy | 6/10 | J | | |
| 26. General Electric | A | Dividend | K | T | Buy | 12/15 | J | | |
| 27. IBM | A | Dividend | K | T | | | | | |
| 28. Istar Financial | B | Dividend | K | T | | | | | |
| 29. International Flavors | A | Dividend | K | T | Buy | 12/15 | J | | |
| 30. Kimco Realty | B | Dividend | K | T | partial sale | 02/13 | J | D | |
| 31. Medco Health Solutions | | None | K | T | | | | | |
| 32. Merck & Co., Inc. | B | Dividend | | T | sale | 11/15 | L | F | |
| 33. Microsoft Corp. | B | Dividend | K | T | | | | | |
| 34. Questar Corp. | A | Dividend | K | T | | | | | |
| 35. Teleflex Inc. | A | Dividend | K | T | | | | | |
| 36. AOL Time Warner | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Patterson, Jr., Robert P | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Ultra Life Batteries | | None | | | sale | 01/05 | K | D | |
| 38. Igene Biotechnology Inc. (WTS) | | | | T | | | | | Value under $1,000 |
| 39. Brookhaven NY Ind. Devl. 5.6% 12/1/09 | C | Interest | L | T | | | | | |
| 40. N.Y.S. Power Authority 5.625% 1/1/10 | A | Interest | K | T | | | | | |
| 41. N.Y.S. Twy. Auth. Hwy & Bond 5/1% 4/1/08 | C | Interest | L | T | | | | | |
| 42. Progress Energy, Inc. | - | | | T | | | | | Value under $1,000 |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Patterson, Jr., Robert P | 8/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Patterson, Jr., Robert P | 8/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date _August 1 ~, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544